**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6501

IRVIN JEFFERSON WILSON,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE
AND PARDON SERVICES; JOHN CARSON, Manager
Dutchman Correctional Institution, Enoree, SC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-99-3132-6-18AK)

Submitted:  August 24, 2000          Decided:  August 30, 2000

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Irvin Jefferson Wilson, Appellant Pro Se.  William Ansel Collins,
Jr., SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South
Carolina; Deborah Drucker Deutschmann, Sally Rentiers Young, SOUTH
CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE, Colum-
bia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Irvin Jefferson Wilson appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) action. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilson v. South Carolina Dep't of Probation, No. CA-99-3132-6-18AK (D.S.C. Mar. 23, 2000).[*] We deny Wilson's motion to strike Appellee's informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is dated March 21, 2000, the district court's records show that it was entered on the docket sheet on March 23, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2